UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff/Respondent,  V.  **JEFFREY ISAAC,**  Defendant/Movant. | **CRIMINAL ACTION NO. 7:17-06-KKC-HAI**  **JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court **HEREBY ORDERS AND ADJUDGES** that:

1) Magistrate Judge Ingram's Recommended Disposition (DE 195) is ADOPTED and INCORPORATED, in full;

2) Defendant's objections (DE 196) are OVERRULED;

3) Defendant's motion to vacate his sentence pursuant to 28 U.S.C. § 2255 (DE 183) is DENIED with prejudice;

4) A Certificate of Appealability SHALL NOT BE ISSUED because Defendant has failed to make a substantial showing of the denial of a constitutional right;

5) This judgment is FINAL; and

6) This matter is DISMISSED AND STRICKEN from the active docket.

This the 9th day of October, 2020.

*Karen K. Caldwell*
KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY